1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7                                        No. C  10-03057 CW
                                         No. CR 08-00672 CW
8    SAMUEL G. HELM,

9         Movant,                        ORDER GRANTING MOTION
                                         FOR LEAVE TO FILE
10        v.                             MEMORANDUM OF LAW IN
                                         SUPPORT OF MOTION
11   UNITED STATES OF AMERICA,           UNDER 28 U.S.C.
                                         § 2255
12        Respondent.
     _____/

13

14        Movant Samuel G. Helm, an inmate at Federal Correctional

15   Institution at Herlong, California, moves for leave to file a

16   memorandum of law in support of his motion under 28 U.S.C. § 2255.

17   Good cause appearing, the Court grants leave for Movant to file a

18   memorandum of law.  He shall file his memorandum within thirty-five

19   days from the date of this order.  Also, the Court hereby issues

20   the following orders:

21        1.   The Clerk of the Court shall serve a copy of this Order

22   and the motion and all attachments thereto upon Respondent and

23   Respondent's attorney, the United States Attorney.  The Clerk shall

24   also serve a copy of this Order on Movant.

25        2.   Whether or not Movant files a memorandum in support of

26   his motion, Respondent shall file with this Court and serve upon

27   Movant, within sixty-three (63) days of the issuance of this Order,

28

**United States District Court**
For the Northern District of California

an answer conforming in all respects to Rule 5 of the Rules

Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, he shall do so

by filing a traverse with the Court and serving it upon Respondent

within twenty-eight (28) days of his receipt of the answer.


    IT IS SO ORDERED.


Dated: July 16, 2010

_____
CLAUDIA WILKEN
United States District Judge

For the Northern District of California
**United States District Court**