JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         john_reichmuth@fd.org


Counsel for Defendant HELM


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 08-0672  CW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING; ORDER** |
| v. | |
| SAMUEL GASTON  HELM, | |
| Defendant. | |


IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

HEARING presently set for January 30, 2023 at 10:30 AM before the Hon. Donna M. Ryu be

CONTINUED until March 5, 2024 at 10:30 AM.  The Probation Officer has been consulted and has

informed counsel that she is available and does not object to the requested continuance.

The reason for this request is that the parties wish to monitor the proceedings in the Superior

Court of California, which have been continued until February 29, 2024, which may be the final

Superior Court appearance.  The outcome in that case may affect the positions of the parties in this

case.   The parties are informed that Mr. Helm has been compliant with his release conditions during

the pendency of these proceedings.

Dated:      January 29, 2024

JODI LINKER
Federal Public Defender


_____/S_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender



Dated:      January 29, 2024

ISMAIL J. RAMSEY
United States Attorney


By:      _____/S_____
ADAM REEVES
Assistant United States Attorney



## ORDER

Based on the stipulation of the parties, it is hereby ORDERED that the STATUS HEARING presently set for January 30, 2024 at 10:30 AM before the Hon. Donna M. Ryu be CONTINUED until March 5, 2024 at 10:30 AM before the Duty Magistrate.

Dated: January 30, 2024

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge